In the Matter of ANN ELIZA OWENS, heretofore Adjudged a Lunatic or Idiot.

(Argued November 28, 1892; decided December 13, 1892.)

APPEAL from order of the General Term of the Court of Common Pleas for the city and county of New York, made June 20, 1892, which affirmed an order of Special Term denying an application to vacate an inquisition of lunacy against one Ann Eliza Owens.

*William T. Schley* for appellant.

*W. Tazewell Fox* for respondent.

Agree to affirm on opinion of PRYOR, J., below.
All concur.
Order affirmed.